

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) MOISES RODRIGUES, and<br>(2) ROBERT SOUCY,<br><br>Defendants | Criminal No. 19 cr 10301<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams or More of Fentanyl, 10 Grams or More of Acetyl Fentanyl, and Carfentanil<br>(21 U.S.C. § 846)<br><br>Counts Two and Three: Distribution of Fentanyl<br>(21 U.S.C. § 841(a)(1))<br><br>Count Four: Possession with Intent to Distribute 40 Grams or More of Fentanyl, and 10 Grams or More of Acetyl Fentanyl<br>(21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(vi))<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INDICTMENT

### COUNT ONE
Conspiracy to Distribute and Possess with Intent to Distribute
40 Grams or More of Fentanyl, 10 Grams or More of Acetyl Fentanyl, and Carfentanil
(21 U.S.C. § 846)

The Grand Jury charges:

From in or about March 2019 through on or about June 25, 2019, in Attleboro and Wrentham, in the District of Massachusetts, and elsewhere, the defendants,

(1) MOISES RODRIGUES and
(2) ROBERT SOUCY,

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance

containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, also known as fentanyl, a Schedule II controlled substance; acetyl fentanyl, a Schedule I controlled substance and an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, and carfentanil, a Schedule II controlled substance and an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 40 grams or more a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, also known as fentanyl, a Schedule II controlled substance, and 10 grams or more of a mixture and substance containing a detectable amount of acetyl fentanyl, a Schedule I controlled substance and an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vi) is applicable to this Count.

It is further alleged that, with respect to Count One, 40 grams or more a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, also known as fentanyl, a Schedule II controlled substance, and 10 grams or more of a mixture or substance containing a detectable amount of acetyl fentanyl, a Schedule I controlled substance and an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, were reasonably foreseeable by, and are attributable to, (1) MOISES RODRIGUES. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vi) is applicable to defendant (1) MOISES RODRIGUES.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
## Distribution of Fentanyl
## (21 U.S.C. § 841(a)(1))

The Grand Jury further charges:

On or about April 10, 2019, in Wrentham, in the District of Massachusetts, the defendant,

(1) MOISES RODRIGUES,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE
Distribution of Fentanyl
(21 U.S.C. § 841(a)(1))

The Grand Jury further charges:

On or about May 9, 2019, in Attleboro, in the District of Massachusetts, the defendant,

(1) MOISES RODRIGUES,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR
### Possession with Intent to Distribute
### 40 Grams or More of Fentanyl and 10 Grams or More of Acetyl Fentanyl
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

On or about June 25, 2019, in Attleboro, in the District of Massachusetts, the defendant,

(1) MOISES RODRIGUES,

did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, and 10 grams or more of a mixture and substance containing a detectable amount of acetyl fentanyl, a Schedule I controlled substance and an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 841 and 846, set forth in Counts One through Four of this Indictment, the defendants,

>  (1) MOISES RODRIGUES and
>  (2) ROBERT SOUCY,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

(3) If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
LAUREN GRABER
BENJAMIN TOLKOFF
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: AUGUST 21, 2019
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

7