UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
19-10301-ADB

UNITED STATES OF AMERICA

v.

ROBERT SOUCY

**ORDER PURSUANT TO UNITED STATES v. KING,
818 F.2D 112, 115, footnote 3 (1st Cir. 1987)**

September 13, 2019

DEIN, U.S.M.J.

The defendant is charged in an Indictment with conspiracy to distribute and possess with intent to distribute 40 grams or more of fentanyl, 10 grams or more of acetyl fentanyl, and carfentanil, in violation of 21 U.S.C. § 846. An initial appearance was held before this court on September 13, 2019, at which time the defendant was represented by counsel. The government moved for detention pending trial of this matter on the grounds that the defendant poses a danger to the community and a serious risk of flight.

The defendant is presently in state custody awaiting trial in an unrelated matter. Accordingly, all parties agreed to continue the detention hearing in the instant case until such time as the defendant is released from state custody in accord with the protocol set forth in United States v. King, 818 F.2d 112, 115, footnote 3 (1st Cir. 1987).

I rule that the defendant has waived his right to have a detention hearing at his first appearance in this case. Id. It is ORDERED that the detention hearing be, and

the same hereby is, CONTINUED until further order of this Court. It is FURTHER ORDERED that the defendant be, and he hereby is, DETAINED pending the detention hearing. See 18 U.S.C. § 3142(f) ("During a continuance, the defendant shall be detained . . . .").

Review of the within Detention Order may be had by the defendant filing a motion for revocation or amendment of the within Order pursuant to 18 U.S.C. § 3145(b) regardless whether there has been a change of circumstances.

/ s / Judith Gail Dein  
JUDITH GAIL DEIN  
UNITED STATES MAGISTRATE JUDGE
